# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 235P16 | CSX Transportation, Inc. v. City of Fayetteville and Public Works Commission of the City of Fayetteville, a/k/a Fayetteville Public Works Commission v. City of Fayetteville, Third Party Plaintiff v. Time Warner Cable Southeast, LLC, Third Party Defendant | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-1286) | Denied |
| --- | --- | --- | --- |
| 246P16-2 | In the Matter of the Foreclosure of a Deed of Trust Executed by Christopher C. Friscia and Maria A. Friscia in the Original Amount of $161,600.00 Dated March 10, 2006, Recorded in Book 20146, Page 24, Mecklenburg County Registry | Petitioners' *Pro Se* Motion for Notice of Appeal | Dismissed |
| 251P16 | Kimarlo Ragland v. Nash-Rocky Mount Board of Education | 1. Petitioner's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-862)<br><br>2. Petitioner's *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Respondent's Motion to Dismiss Appeal<br><br>4. Petitioner's *Pro Se* Motion for Addendum to Notice of Appeal and PDR | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as moot |
| 253P16 | State v. Chalmers Gray Bohannon, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-389) | Denied |